Hillsborough, ⎱ No. 3345.
Oct. 6, 1942. ⎰

ATTORNEY-GENERAL (*ex. rel. George A. Wingate*)

*v.*

RODOLPHE LEMELIN & *a.*

*Devine & Tobin*, by brief, for the relator.

*Emile Lemelin*, by brief, for the defendant Lemelin.

*McLane, Davis & Carleton* (*Mr. Carleton* orally), for the mayor.

BURQUE, J. Although this is a case of an appointment instead of an election to office, the principle of law governing the case is the same as enunciated in *Attorney General* v. *Hunter, ante,* 206 and the result reached is the same.

*Information granted.*

All concurred.